FILED

UNITED STATES DISTRICT COURT   MAY 14   AM 11: 26
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                           5:01-cr-24-Oc-10GRJ

FRED MARTIN

_____

## ORDER

Pending before the Court are three motions by Defendant: a Motion To Appeal *In Forma Pauperis*, with accompanying affidavit (Doc. 23); a motion entitled Request For Counsel (Doc. 24); and a motion entitled Request For Transcripts (Doc. 25). All of these motions were signed and filed by Defendant *pro se.*

As an initial matter, the Court observes that on April 19, 2002 Defendant filed a notice of appeal (Doc. 22) with respect to the sentence imposed by the undersigned on April 16, 2002 for violation of probation (Doc. 21). Although Defendant's notice of appeal states that Defendant is pursuing an appeal to the Eleventh Circuit Court of Appeals, the Federal Rules of Criminal Procedure require that an appeal of a sentence imposed by a United States Magistrate Judge be taken first to a United States District Judge.[1] Therefore, Defendant's notice of appeal is in error.[2] However, in the interests of justice and economy, the Court will construe Defendant's notice of appeal as if Defendant were pursuing an appeal to the United

---

[1] *See* Fed. R. Crim. P. Rule 58(g)(2)(B).

[2] Defendant's notice of appeal also is deficient because he did not comply with the service requirements of Rule 58(g)(2)(B). Furthermore, as explained below, Defendant's notice of appeal is improper because it was signed and filed by Defendant *pro se.*



SCANNED

26

States District Judge for the Ocala Division. Accordingly, the Clerk is **DIRECTED** to process Defendant's appeal (Doc. 22) as an appeal to the Honorable Wm. Terrell Hodges. The Clerk also is **DIRECTED** to mail a copy of Defendant's notice of appeal (Doc. 22) to the United States Attorney.

The Court now turns to the three pending motions. On April 16, 2002, at his initial appearance for violation of probation, Defendant requested the appointment of counsel. The undersigned found that Defendant was financially unable to employ counsel, and appointed Rick Carey, Assistant Federal Public Defender, to represent Defendant. (Doc. 20.) The Court's Local Rules provide that "[a]ny party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court . . . ."[3] Defendant has not sought leave of Court to proceed *pro se*, and Defendant's counsel has not requested to withdraw from the case. Thus, because Defendant is represented by counsel, Defendant is not permitted to file motions *pro se*, and his three post-appeal motions are improper. Accordingly, all three of Defendant's motions (Docs. 23, 24 & 25) are **DENIED without prejudice.**

Defendant is advised to consult with his attorney, Mr. Carey, regarding the appeal of his sentence. To the extent that Defendant wishes to further pursue any of the motions denied herein, he shall do so only through counsel or after receiving

---

[3] U.S. Dist. Ct. M.D. Fla Local Rule 2.03(d).

2

permission from the Court to proceed *pro se*.[4]

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on this 14th day of May, 2002.

GARY R. JONES
United States Magistrate Judge

Copies to:
United States Attorney (Sciortino)
Federal Public Defender (Carey)
Defendant

---

[4] Defendant and his counsel are advised that, if Defendant decides to appeal the decision of Judge Hodges to the Eleventh Circuit Court of Appeals, it will not be necessary to seek permission to proceed *in forma pauperis* on appeal. *See* Fed. R. App. P. 24(a)(3).

3

F I L E     C O P Y

Date Printed: 05/14/2002

Notice sent to:

    John Sciortino, Esq.
    U.S. Attorney's Office
    Middle District of Florida
    200 W. Forsyth St., Suite 700
    P.O. Box 600
    Jacksonville, FL   32201

    Fred Martin
    4225 River Rd.
    Live Oak, FL   32060

*Rich Carey, Esq.*
*Federal Public Defender*